ACCEPTED
11-17-00094-cv
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/1/2017 2:56:08 PM
SHERRY WILLIAMSON
CLERK

## NO. 11-17-00094-CV

## IN THE ELEVENTH COURT OF APPEALS

## EASTLAND, TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/01/17 2:56:08 PM
SHERRY WILLIAMSON
Clerk

_____

### TERRY BENNIE,
### APPELLATE,

### VS.

### CITY OF BANGS, TEXAS,
### APPELLEE,

_____

### CAUSE NO. CV1204119
### 35TH DISTRICT COURT
### OF BROWN COUNTY, TEXAS

### APPELLATE'S MOTION TO ORDER MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Terry Bennie, and request the Court to Order Mediation in this case and as grounds therefore would show the Court as follows:

I.

Appellate believes that there is a reasonable chance of this case being settled at Mediation and would request the Court to Order Mediation in this matter.

II.

Mediation was ordered but canceled in the Trial Court and not held. Billy Boone was to do the Mediation as agreed to by the parties.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellate prays that:

The Court Order the parties to Mediation in this case and be granted such other and further relief, special or general, at law or in equity, as may be shown that Appellate is justly entitled to receive.

Respectfully submitted,

By: _____
Charles Scarborough
Attorney for Appellate TERRY BENNIE
Email: cd_scarborough@hotmail.com
P.O. Box 356
Abilene, Texas 79604
Tel. (325) 672-8477
Fax. (325) 673-3047

## CERTIFICATE OF SERVICE

I certify that on June 1, 2017, a true and correct copy of Appellate's Motion to Order Mediation was served on JON MARK HOGG electronically through the electronic filing manager.

_____
Charles Scarborough

## CERTIFICATE OF CONFERENCE

This is certify that I, Charles Scarborough, attorney of record for Appellate, conferred with JON MARK HOGG, attorney of record for Appellee, by telephone, regarding the foregoing request of Mediation. JON MARK HOGG advised me that he does not oppose said request.

_____
Charles Scarborough